**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DeJuan Haywood Haggins,

Plaintiff,

v.

Ramsey County; Scott Brommerich, Ramsey County Corrections Officer; C.O. Whipps, Ramsey County Corrections Officer; C.O. Reniteria, Ramsey County Corrections Officer; and C.O. Frerichs, Ramsey County Corrections Officers,

Defendants.

Civil No. 15-59 (DWF/KMM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated August 22, 2017. (Doc. No. 107.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Katherine M. Menendez's August 22, 2017 Report and Recommendation (Doc. No. [107]) is **ADOPTED**.

2. The Defendants' Motion to Dismiss As Discovery Sanction (Doc. No. [99]) is **DENIED WITHOUT PREJUDICE**.

3. The schedule is amended as set forth in the following paragraphs.

a. The Defendants are granted a short extension of the discovery deadlines so that they can receive answers to their interrogatories and document requests, as provided for in subparagraph (e) below, and complete any appropriate follow-up discovery. Any such additional discovery by the Defendants shall be commenced in time to be completed within three months of the date of this Order.

b. Non-dispositive motions must be served and filed by the same date as the close of fact discovery.

c. Dispositive motions must be served and filed within two months after the close of fact discovery.

d. The case must be ready for trial four months after the dispositive motion deadline.

e. Within 21 days of receiving this Order, Mr. Haggins must fully respond to all of the Defendants' interrogatories and document requests to the best of his ability and recollection. Mr. Haggins may not interpose objections to the written discovery that the Defendants have already served. Mr. Haggins is specifically cautioned that his failure to

completely respond to the Defendants' written discovery requests will result in dismissal of his case.

Dated: September 12, 2017

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge