UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DeJuan Haywood Haggins,　　　　　　　　　　　　Civil No. 15-59 (DWF/KMM)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT
　　　　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

Ramsey County; Scott Brommerich,
*Ramsey County Corrections Officer*; C.O.
Whipps, *Ramsey County Corrections Officer*;
C.O. Reniteria, *Ramsey County Corrections
Officer*; C.O. Frerichs, Ramsey County
Corrections Officer; and Sgt. Sontoya, *Ramsey
County Corrections Officer*,

　　　　　　　Defendants.

　　　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katerine M. Menendez dated October 23, 2017. (Doc. No. 119.) While no objections have been filed to that Report and Recommendation in the time period permitted, the Court does acknowledge that since the filing of the Report and Recommendation, Plaintiff has filed a reply to Defendants' letter dated October 11, 2017 (Doc. No. 117). (Doc. No. 120.) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Magistrate Judge Katherine M. Mendendez's Report and Recommendation (Doc. No. [119]) is **ADOPTED**.

2. Defendants' Second Motion to Dismiss as Discovery Sanction (Doc. No. [111]) is **DENIED WITHOUT PREJUDICE**.

Dated: November 20, 2017          s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge