**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| DeJuan Haywood Haggins, | Civil No. 15-59 (DWF/KMM) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Ramsey County; Scott Brommerich, Ramsey County Corrections Officer; Officer Whipps, Ramsey County Corrections Officer; Officer Frerichs, Ramsey County Corrections Officer; and Officer Reniteria, Ramsey County Corrections Officer, in their individual and official capacities, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated January 30, 2019. (Doc. No. 162.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Katherine M. Menendez's January 30, 2019 Report and Recommendation (Doc. No. [162]) is **ADOPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. [123]) is **GRANTED**.

3. The Amended Complaint (Doc. No. [5]) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 22, 2019
s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge